JAMES O. RUNDELL v. HENRY L. BLAKESLEE, HIGHWAY COM'R AND CHESTER W. HOPKINS, TOWNSHIP CLERK.

*Jury's finding in proceedings to lay out a private way.*

In proceedings to lay out a private way the jury must find that there is a necessity for it; it is not enough to certify that they "adjudge and determine that a private highway be established."

Certiorari. Submitted Jan. 17. Decided Jan. 25.

*Jerome W. Turner* for plaintiff in certiorari.

*Hanchett & Stark* for defendants in certiorari.

MARSTON, J.   This case comes before us on a writ of *certiorari* to review proceedings in laying out a private way. The jury certified that after viewing the premises and hearing the arguments of the parties interested, "We do adjudge and determine that a private highway be established," commencing, etc., and they assess the damages.   There is no finding of necessity, nor the equivalent thereof.   Jurors may be willing to establish a highway or private way and yet not be willing to find that any necessity therefor exists. Such a finding is however essential.   *Ayres v. Richards* 38 Mich. 216.

The proceedings must be quashed.

The other Justices concurred.